792 A.2d 594

In the Matter of Steven Ernest KELLIS.

Petition for reinstatement from inactive status.

No. 110 DB 2001.

Supreme Court of Pennsylvania.

Feb. 28, 2002.

## ORDER

PER CURIAM.

AND NOW, this **28th** day of **February,** 2002, The Report and Recommendations of The Disciplinary Board of the Su-

preme Court of Pennsylvania dated January 28, 2002, are approved and IT IS ORDERED that STEVEN ERNEST KELLIS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.